IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

GERMAINE R. RUDDICK,

    Plaintiff,

v.                                 CASE NO.  1:14-cv-47-MW/GRJ

UNITED STATES ATTORNEY,
et al.,

    Defendants.

_____/

ORDER ACCEPTING
REPORT AND RECOMMENDATION

This Court has considered the Magistrate's Report and Recommendation, ECF No. 3, filed April 2, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, Notice of Plenary Hearing, ECF No. 4, filed April 9, 2014.  Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted,** over Plaintiff's objections, as the Court's opinion. The Clerk shall enter judgment stating, "This cause is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g), the

1

three-strikes bar."  The Clerk shall close the file.

**SO ORDERED on April 10, 2014.**

<u>s/Mark E. Walker</u>
**United States District Judge**
